DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO ALVARADO WILSON,**
Appellant,

v.

**CLAUDIA DI GRAZIA,**
Appellee.

No. 4D17-3106

[February 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea R. Gundersen, Judge; L.T. Case No. FMCE 10-010646 (41).

Gawane Grant of Law Offices of Gawane C. Grant, P.A., Lauderhill, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***